**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007

**MEMO ENDORSED**

May 31, 2022

**BY ECF**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/1/22

Honorable Lewis A. Kaplan
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:   *United States v. Fabrice Tontisabo*, 21 Cr. 701 (LAK)

Dear Judge Kaplan,

   The Government requests that time be excluded under the Speedy Trial Act, 18 U.S.C § 3161, from today, May 31, 2022, until the date of the next-scheduled conference, June 29, 2022. The Government respectfully submits that the proposed exclusion would be in the interest of justice as it would allow the parties to continue their negotiations regarding a pre-trial resolution of this matter. Defense counsel has no objection to this request for exclusion of time.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

by:   Camille L. Fletcher
Camille L. Fletcher
Assistant United States Attorney
Southern District of New York
(212) 637-2383

cc: Conor McNamara, Esq. (via ECF)

*Time so excluded. The interests of justice served thereby outweigh the interests of the defendant and the public in a speedy trial as stated.*

**SO ORDERED**
LEWIS A. KAPLAN, USDJ   6/1/22