Case 1:21-cr-00701-LAK  Document 27  Filed 06/08/22  Page 1 of 1



**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

**MEMO ENDORSED**

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/9/2022

June 8, 2022

**BY ECF**

Honorable Lewis A. Kaplan
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: *United States v. Fabrice Tontisabo*, 21 Cr. 701 (LAK)

Dear Judge Kaplan,

The Government respectfully requests an adjournment of the motion schedule. Specifically, the Government seeks to adjourn its response to the defendant's motion currently due on June 14, 2022 until July 29, 2022. The adjournment would allow the parties to continue their negotiations regarding a pretrial resolution of this matter, which are active and ongoing. The defense is expected to submit a mitigation submission to the U.S. Attorney's in the next few weeks.

For the same reasons the Government requests that time be excluded under the Speedy Trial Act, 18 U.S.C § 3161 until the date of the next-scheduled conference. The Government respectfully submits that the proposed exclusion would be in the interest of justice as it would allow the parties to continue their negotiations regarding a pretrial resolution of this matter. Defense counsel consents to the request for an adjournment and for exclusion of time.

*Granted. Argument/conference adjourned until 9/14/22 at 3:30 pm. Time excluded to and including 9/14/22. The interests of justice outweigh the interests in a speedy trial for reasons stated.*

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

by: Camille L. Fletcher
Camille L. Fletcher
Assistant United States Attorney
Southern District of New York
(212) 637-2383

cc: Conor McNamara, Esq. (via ECF)

/s/ Lewis A. Kaplan
6/9/22