

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/18/22

The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007

August 17, 2022

**BY ECF**

Honorable Lewis A. Kaplan
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

**MEMO ENDORSED**

Re:  *United States v. Fabrice Tontisabo*, 21 Cr. 701 (LAK)

Dear Judge Kaplan,

The Government respectfully requests a third adjournment of the motion schedule. Specifically, the Government seeks to adjourn its response to the defendant's motion currently due on August 19, 2022 (*see* Dkt. No. 34) until September 12, 2022, the date of the next conference. The adjournment would allow the parties to continue their negotiations regarding a pretrial resolution of this matter, which are active and ongoing. The U.S. Attorney's Office is currently considering the defendant's mitigation submission, which it received on July 29, 2022. The defense consents to the adjournment.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

by:  *Camille L. Fletcher*
Camille L. Fletcher
Assistant United States Attorney
Southern District of New York
(212) 637-2383

cc: Conor McNamara, Esq. (via ECF)

SO ORDERED

LEWIS A. KAPLAN, USDJ

/s/ JTC
8/18/22