

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11-14-22

November 11, 2022

**BY ECF**

Honorable Lewis A. Kaplan
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re:    *United States v. Fabrice Tontisabo*, 21 Cr. 701 (LAK)

Dear Judge Kaplan,

    The Government respectfully requests a fifth adjournment of the motion schedule. Specifically, the Government seeks to adjourn its response to the defendant's motion currently due on November 14, 2022 (*see* Dkt. No. 39) for thirty days. The Government recently extended a plea offer to the defendant. Thus, a thirty day-adjournment would provide the defendant with the time necessary to properly consider the Government's offer. Defense counsel consents to this request.

    Respectfully submitted,

    DAMIAN WILLIAMS
    United States Attorney

    by:  Camille L. Fletcher
    Camille L. Fletcher
    Assistant United States Attorney
    Southern District of New York
    (212) 637-2383

cc: Conor McNamara, Esq. (via ECF)

Granted

SO ORDERED
LEWIS A. KAPLAN, USDJ
11/14/22