**MEMO ENDORSED**

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/29/2022

December 27, 2022

**BY ECF**

Honorable Lewis A. Kaplan
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:   *United States v. Fabrice Tontisabo*, 21 Cr. 701 (LAK)

Dear Judge Kaplan,

The Government respectfully requests a final adjournment of the motion schedule. The parties have been in active plea negotiations until this afternoon when the defendant indicated that he does not intend to accept a plea offer and would like to proceed to trial. In light of the holiday and the press of business, the Government seeks a one-week adjournment of the motion schedule, with the Government's response due on January 7, 2023 (currently due on 12/30/22), and the defendant's reply due on January 14, 2023 (currently due on 1/7/23). The parties will be requesting a trial date at the next conference, which is scheduled for February 2, 2023 at 10 a.m. Defense counsel consents to this request.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

by:   Camille L. Fletcher
Camille L. Fletcher
Assistant United States Attorney
Southern District of New York
(212) 637-2383

cc: Conor McNamara, Esq. (via ECF)

**Granted.**

**SO ORDERED.**

/s/ Lewis A. Kaplan
Hon. Lewis A. Kaplan, USDJ

Dated: 12/29/2022