```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - -  x
                                                       :
UNITED STATES OF AMERICA                               :
                                                       :
         - v. -                                        :    ORDER
                                                       :
                                                       :    21 Cr. 701 (LAK)
FABRICE TONTISABO,                                     :
                                                       :
         Defendant.                                    :
                                                       :
- - - - - - - - - - - - - - - - - - - - - - - - - - -  x
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3/20/2023

Upon the request of defendant Fabrice Tontisabo, by his counsel Ariel Werner and Lise Rahdert of Federal Defenders of New York, Inc., and with good cause shown, it is

**ORDERED** that the Essex County Correctional Facility, the Bureau of Prisons, and the United States Marshals Service transport the defendant to the Daniel Patrick Moynihan United States Courthouse at 500 Pearl Street, New York, NY 10007 on March 27, 2023 in order for Dr. Cynthia Calkins, Ph.D. to conduct an in-person forensic evaluation of the defendant. Mr. Tontisabo must be made available for an evaluation in the fifth floor Pretrial Services division starting no later than 10:00 a.m.

Dates:   New York, New York
         March 20, 2023

SO ORDERED:

_____
HONORABLE LEWIS A. KAPLAN
United States District Judge