UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------ x

UNITED STATES OF AMERICA

- v. -

FABRICE TONTISABO,

Defendant.

------------------------------------ x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4-3-2023

**ORDER**

21 Cr. 701 (LAK)

Upon the request of defendant Fabrice Tontisabo, by his counsel Ariel Werner and Lise Rahdert of Federal Defenders of New York, Inc., and with good cause shown, it is

**ORDERED** that the Essex County Correctional Facility arrange a professional video visit between Fabrice Tontisabo and Dr. Cynthia Calkins, Ph.D. so that Dr. Calkins may complete her forensic evaluation of Mr. Tontisabo.

Dates:   New York, New York
         April 3, 2023

SO ORDERED:

_____
HONORABLE LEWIS A. KAPLAN
United States District Judge