

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

v.

**ORDER**

FABRICE TONTISABO,
a/k/a "Fabrice Williams,"

S1 21 Cr. 701 (LAK)

Defendant.

WHEREAS, with the defendant's consent, the defendant's guilty plea allocution was made

before United States Magistrate Judge James L. Cott on May 15, 2023;

WHEREAS, a transcript of the plea allocution was made and thereafter was transmitted to

the District Court;

WHEREAS, upon review of the transcript, this Court has determined that the defendant

entered the guilty plea knowingly and voluntarily and that there was a factual basis for the guilty

plea;

IT IS HEREBY ORDERED that the defendant's guilty plea is accepted.

**SO ORDERED:**

Dated: New York, New York
          May 23, 2023

HONORABLE LEWIS A. KAPLAN
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF NEW YORK