

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

December 14, 2023

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/14/2?

RECEIVED
DEC 14 2023
JUDGE KAPLAN'S CHAMBERS

MEMO ENDORSED

**BY ECF & EMAIL**

Honorable Lewis A. Kaplan
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:     *United States v. Fabrice Tontisabo*, 21 Cr. 701 (LAK)

Dear Judge Kaplan,

The Government writes to request a brief adjournment of the sentencing in the above referenced matter. The sentencing is scheduled for December 19, 2023, and the Government understands from Chambers' staff that if this request is granted, the Court has availability on January 3, 2024, for the sentencing. This is the Government's first request to adjourn the sentencing date.[1] The Court previously granted defense counsel's request (with consent from the Government) for a forty-five day adjournment of the sentencing. (*See* Dkt. 68.) In light of the press of other time sensitive Government business, the Government seeks the adjournment to allow for sufficient time to prepare for the sentencing in this important and serious case. Defense counsel does not consent to this adjournment request.

The Government thanks the Court in advance for its attention to this matter.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

by:    Camille L. Fletcher
       Camille L. Fletcher
       Assistant United States Attorney
       Southern District of New York
       (212) 637-2383

Adjourned until 1/3/24 at 2:00 p.m.

SO ORDERED

LEWIS A. KAPLAN, USDJ

12/14/23

cc: Ariel Werner, Esq. (via ECF)

---

[1] The Court previously granted the Government a two-day extension on the due date for its sentencing submission. (*See* Dkt. 71.)