UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA,

          -against-

FABRICE TONTISABO, etc.,

          Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

          21-cr-701 (LAK)

**ORDER**

LEWIS A. KAPLAN, *District Judge.*

        Counsel should be prepared at sentencing to address the questions: (1) what New York State offense(s) defendant would be guilty of on the basis of the conduct to which the parties stipulated in the plea agreement, and (2) what defendant's sentencing exposure would have been in the New York courts on the basis of such guilt.

        SO ORDERED.

Dated:      January 2, 2024

                                     Lewis A. Kaplan
                                United States District Judge

DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/2/24